THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CITY AND WESTCHESTER RAILWAY COMPANY, Appellant, *v.* THE BOARD OF RAILROAD COMMISSIONERS et al., Respondents.

*People ex rel. N. Y. City & W. R. Co.* v. *Bd. R. R. Comrs.*, 81 App. Div. 237, affirmed.

(Argued October 6, 1903; decided November 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 4, 1903, which confirmed a determination of the board of railroad commissioners granting to the respondent New York and Port Chester Railroad Company a certificate of public convenience and necessity under section 59 of the Railroad Law.

*David B. Hill* and *J. Tredwell Richards* for appellant.

*Judson S. Landon*, *William C. Trull* and *Frank Sullivan Smith* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.